# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| So M. Chung,<br><br>        Plaintiff,<br><br>    vs.<br><br>Honeywell International, Inc., a Delaware corporation; and Does 1 to 50, inclusive,<br><br>        Defendants. | No. CV10-7349-GAF-PJW<br><br>**ORDER TO DISMISS CASE WITH PREJUDICE** |

Case No.. CV10-7349-GAF-PJW
ORDER TO DISMISS CASE WITH PREJUDICE

1  The Court, having considered the parties' joint motion to dismiss all claims in
2  this matter with prejudice pursuant to FRCP 41(a)(1)(A)(ii)., and good cause
3  appearing therefore,

4  IT IS HEREBY ORDERED that all claims in this matter are dismissed with
5  prejudice, each party to bear its own attorneys' fees and costs.

7  DATED: March 10, 2011          By: _____
8                                      Hon. Gary Allen Feess

9  9908140.1 (OGLETREE)

2     Case No..  CV10-7349-GAF-PJW
ORDER TO DISMISS CASE WITH PREJUDICE